IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. CR 416-153
)
CHELSEA MAGEE )

# ORDER

Upon consideration of the request by the surety for return of the bond posted in the above captioned case in the amount of **$12,500.00**, and the final Order of Sentencing having been entered in this case, said request is hereby GRANTED.

IT IS HEREBY ORDERED that the Clerk of this Court disburse said funds, plus any and all accrued interest, to:

Thomas Ballard
703 Walden Park Drive
Box 163
Savannah, GA 31410

SO ORDERED this 8 day of December, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA